**Deny Writ and Opinion Filed June 11, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00553-CV**

**IN RE DAVID RADCLIFF AND TONI RADCLIFF, Relators**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF04-08385-Y**

**MEMORANDUM OPINION**

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice FitzGerald

Relators contend the trial judge erred by denying their motion to enter a final order incorporating an MSA. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
130553F.P05                                            JUSTICE